### BEFORE THE SECOND DIVISION, OCTOBER 23, 1947

**No. 51972.**—Crest Corp. et al. v. United States, protests 557189–G, etc. (Los Angeles and Seattle).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51973.**—Mason Bros. & Tarlin et al. v. United States, protests 79917–K, etc. (Boston, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51974.**—M. J. Silva et al. v. United States, protests 127184–K, etc. (Bridgeport, etc.).

Opinion by LAWRENCE, J. The protests were dismissed.